IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL MELANGAGIO, WILLIAM WURGLER, PAMELA WURGLER, PAUL ELSOME, DAN OZAYDIN, and DEANN OZAYDIN, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:05cv451 |
| v. | ) ) | |
| GENERAL MOTORS CORPORATION, GENERAL MOTORS OF CANADA, SAAB CARS USA, SATURN, FORD MOTOR COMPANY, FORD MOTOR COMPANY OF CANADA, VOLVO CARS OF NORTH AMERICA, VOLVO CARS OF CANADA, VOLKSWAGEN AG, VOLKSWAGEN OF AMERICA, VOLKSWAGEN CANADA, AUDI OF AMERICA, AUDI CANADA, TOYOTA MOTOR, TOYOTA MOTOR SALES, TOYOTA CANADA, HONDA MOTOR, AMERICAN HONDA MOTOR, HONDA CANADA, DAIMLERCHRYSLER AKTIENGESELLSCHAFT, DAIMLERCHRYSLER, DAIMLERCHRYSLER MOTORS, DAIMLERCHRYSLER CANADA, MERCEDES-BENZ USA, MERCEDEZ-BENZ CANADA, NISSAN MOTOR, NISSAN NORTH AMERICA, NISSAN CANADA, BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, BMW OF NORTH AMERICA, BMW CANADA, NATIONAL AUTOMOBILE DEALERS ASSOCIATION, and DOES 1 THROUGH 100, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Number 8 be stricken from the

Dockets.Justia.com

record for the following reason:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document

Number 8 from the record.

DATED this 26th day of September, 2005.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge