IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL MELANGAGIO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 8:05CV451 |
| | ) | |
| GENERAL MOTORS CORPORATION, et al., | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This matter is before the court on defendant's motion to allow the withdrawal of Rangesh K. Tangri as counsel for of American Honda Motor Company, Inc.[1]  The record shows that the Honda defendants continue to be represented by other counsel.  Accordingly,

    **IT IS ORDERED** that the Motion to Withdraw (Filing 35) is granted, as follows:

    1.   The Clerk shall terminate the appearance of Rangesh K. Tangri as counsel for American Honda Motor Company, Inc., Honda Motor Company, Ltd., and Honda Canada, Inc.

    2.   For purposes of this case only, Rangesh K. Tangri is excused from the requirements of registering for admittance to practice in this district and registering for the court's CM/ECF System.  *See* Filing 14.

    **DATED October 7, 2005.**

                                           BY THE COURT:

                                           s/ F.A. Gossett
                                           **United States Magistrate Judge**

---

    [1]Moving counsel advised the court that this motion also pertains to Honda Motor Company, Ltd. and Honda Canada, Inc..