# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL MELANGAGIO, et al., )<br>)<br>Plaintiffs, )<br>) <br>vs. )<br>)<br>GENERAL MOTORS CORPORATION, et al., )<br>)<br>Defendants. ) | 8:05CV451<br><br>ORDER |

**IT IS ORDERED:**

1. Plaintiffs' Motion to Strike (Filing 54) is granted.

2. Filing 53 is hereby stricken. A corrected document has been filed.

**DATED October 24, 2005.**

   BY THE COURT:

   s/ F.A. Gossett
   **United States Magistrate Judge**