# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAUL MELANGAGIO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:05CV451 |
| vs. | ) | |
| | ) | ORDER |
| GENERAL MOTORS CORPORATION, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Filing No. 58 is a proposed order that was erroneously filed as a motion.

**IT IS ORDERED:**

1. Filing No. 58 is hereby stricken.

2. Counsel may forward proposed orders to chambers in accordance with NECivR 7.2 and Administrative Procedure II.E. Those rules may be viewed on the court's web page at: http://www.ned.uscourts.gov/localrules/index.html.

**DATED October 24, 2005.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**