## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL MELANGAGIO, et al., | ) |
| Plaintiffs, | ) |
| v. | ) 8:05CV451 |
| GENERAL MOTORS CORPORATION, et al., | ) ORDER |
| Defendants. | ) |

The court is advised that an order has been entered by the U.S. Judicial Panel on Multidistrict Litigation conditionally transferring this case to the District of Maine, In re New Motor Vehicles Canadian Export Antitrust Litigation, MDL 1532.

**IT THEREFORE IS ORDERED** that the parties are excused from filing a Rule 26(f) planning report in this matter as previously ordered.

**DATED November 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge