FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 NOV -9 PM 4:11

OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 26 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1532

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEW MOTOR VEHICLES CANADIAN EXPORT ANTITRUST LITIGATION

*Paul Melangagio, et al. v. General Motors Corp., et al.*, D. Nebraska, C.A. No. 8:05-451

### CONDITIONAL TRANSFER ORDER (CTO-3)

On June 25, 2003, the Panel transferred ten civil actions to the United States District Court for the District of Maine for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 17 additional actions have been transferred to the District of Maine. With the consent of that court, all such actions have been assigned to the Honorable D. Brock Hornby.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Maine and assigned to Judge Hornby.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Maine for the reasons stated in the order of June 25, 2003, 269 F.Supp.2d 1372 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable D. Brock Hornby.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Maine. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

October 26, 2005

Honorable D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101

Re: MDL-1532 -- In re New Motor Vehicles Canadian Export Antitrust Litigation

   *Paul Melangagio, et al. v. General Motors Corp., et al.*, D. Nebraska, C.A. No. 8:05-451

Dear Judge Hornby:

   For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

                                   Very truly,

                                   Michael J. Beck
                                   Clerk of the Panel

                                   By /s/ Deputy Clerk

cc:   Judge Laurie Smith Camp

JPML Form 39B