IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL MELANGAGIO, et al, individually, and on behalf of all others similarly situated,  )  )  )  )  Plaintiffs,  )  )  v.  )  )  GENERAL MOTORS CORPORATION;  )  et al,  )  )  Defendants.  )  | Case No. 8:05CV451<br><br>ORDER DISMISSING CADA |

This matter is before the Court on the Plaintiffs' motion to dismiss the Defendant Canadian Automobile Dealers Association ("CADA"), only, without prejudice. (Filing No. 77). No cross-claims are pending against CADA. The motion complies with the requirements of Fed. R. Civ. P. 41(a)(1), and the Court finds that dismissal is appropriate. Accordingly,

IT IS ORDERED:

1. Plaintiffs' motion to dismiss the Canadian Automobile Dealers Association without prejudice (Filing No. 77) is granted;

2. The Defendant Canadian Automobile Dealers Association is dismissed without prejudice; and

3. As between the Plaintiffs and the Canadian Automobile Dealers Association, each party shall pay their own costs and attorney's fee unless otherwise agreed by and between them.

Dated this 28th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge